IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
PATRICIA SCHWARTZ              :
                               :
        Plaintiff              :    CIVIL ACTION
                               :
    vs.                        :
                               :    NO. 15-CV-3938
CREDIT ONE FINANCIAL, d/b/a    :
CREDIT ONE BANK                :
                               :
        Defendant              :
```

**ORDER**

AND NOW, this    14th    day of October, 2015, upon consideration of Defendant's Motion to Dismiss and Compel Arbitration (Doc. No. 3) and Plaintiff's Response in Opposition thereto, it is hereby ORDERED that the Motion is DENIED for the reasons articulated in the foregoing Memorandum Opinion.

BY THE COURT:


s/J. Curtis Joyner
J. CURTIS JOYNER,          J.