IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
|  | : | CIVIL ACTION |
| PATRICIA SCHWARTZ | : |  |
|  | : |  |
| v. | : |  |
| CREDIT ONE FINANCIAL D/B/A CREDIT ONE BANK | : |  |
|  | : | NO. 15-3938 |

**CIVIL JUDGMENT**

BEFORE J. CURTIS JOYNER

      AND NOW, this  3rd  day of  August  ,  2016  , it appearing that an Arbitration Award was entered and filed on July 29, 2016, and that 30 days have elapsed from the entry of the award without any party demanding a trial *de novo*, it is hereby

      ORDERED, that in accordance with the Arbitration Award and Local Civil Rule 53.2, Section 6, civil judgment is entered in favor of Defendant, Credit One Financial d/b/a Credit One Bank.

ATTEST:　　　　　　　　　　OR　　　　　　　　　　BY THE COURT:

By:_____　　　　　　　　　　/s/Honorable J. Curtis Joyner
   Deputy Clerk　　　　　　　　　　　　　　　　J. CURTIS JOYNER, J.

ARB 16